

**Shapiro Arato Bach** LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

August 18, 2023

REQUEST GRANTED.
The Court approves the modification to Mr. Garelick's bail conditions as proposed.

8/21/2023   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Shvartsman, et al.,* 23 Cr. 307 (LJL)

Dear Judge Liman:

    I write on behalf of Defendant Bruce Garelick to request modification of his bail conditions, with the consent of the government. In particular, the government has agreed (1) to extend Mr. Garelick's travel limits to include travel to the District of Massachusetts for matters relating to civil proceedings, and (2) to eliminate the condition requiring government and pretrial services review and approval of any financial transaction over $5,000.

    Mr. Garelick is currently at liberty, on a $100,000 personal recognizance bond, co-signed by two financially responsible persons, and reports regularly to pretrial services, having surrendered his passport. A complete recitation of his bail conditions is set forth in the government's letter to the Court of July 21, 2023. The government has authorized me to represent to the Court that it consents to the proposed modifications.

Respectfully,

/s/ Jonathan Bach

Jonathan Bach


cc: All Counsel (by ECF)

    Bernisa Mejia
    US Pretrial Services Officer (by email)