# Exhibit 2

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   01/05/2022

    On 29 December 2021, FBI New York Special Agent Marc Troiano swore out a search warrant to the Honorable Marcia M. Henry of the United States District Court for the Eastern District of New York (EDNY). The search warrant was for a physical search of BRUCE GARELICK's iPhone 11 Pro Max with IMEI ███████1839.

    On 31 December 2021, FBI New York Special Agent (SA) Christopher Youn and FBI Information Technology Specialist Samantha Slattery executed the search warrant for a physical search of BRUCE GARELICK's iPhone 11 Pro Max with IMEI ███████1839 at John F. Kennedy International Airport, Queens, NY. In execution of the warrant, SA Youn photographed contents of the phone that were pertinent to the warrant and its attachment.

    The search warrant, affidavit, and photos taken pursuant to the warrant are attached in the 1A package.

---

Investigation on  12/31/2021   at  New York, New York, United States (In Person)

File #  318D-NY-3516454                                                           Date drafted  01/04/2022

by  TROIANO MARC, YOUN CHRISTOPHER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.