# Exhibit 4

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/05/2022

The following search assistance was conducted by the FBI New York Computer Analysis Response Team (CART) on December 31, 2021, pursuant to a Search and Seizure Warrant provided by Special Agent Christopher Youn.  Search warrant was signed on December 29, 2021 by Hon. Marcia M. Henry U.S.M.J. The search was executed at JFK Airport Terminal 5.

ITS-FE Samantha Slattery conducted captioned CART search.

Information herein is in response to CART submission ID 257827. Reference Mobile Device Unlock Service (MDUS) 36529.

One (1) iPhone 11 Pro Max, IMEI: ▮▮▮▮▮▮▮ 1839 was partially extracted. Also, completed a manual extraction of scrolling through and taking photographs.  Ensured iPhone was in airplane mode, and verified passcode as ▮▮▮▮.  Due to time constraint, discontinued extraction after one (1) hour at case agent's request, and restarted iPhone.  Upon attempting to open the partial extraction the following error appeared; "The extraction file is corrupted and cannot be opened", therefore storage media was wiped.

| | | |
|---|---|---|
| Investigation on | 12/31/2021 at | New York City, New York, United States (In Person) |
| File # | 318D-NY-3516454, 321C-NY-A6382037 | Date drafted  01/04/2022 |
| by | SLATTERY SAMANTHA | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SDNY_01_00820988