**Shapiro Arato Bach** LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

January 9, 2024

REQUEST GRANTED.
The Court approves the modification to
Mr. Garelick's bail conditions as proposed.

1/10/2024   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Shvartsman, et al.,* 23 Cr. 307 (LJL)

Dear Judge Liman:

I write on behalf of Defendant Bruce Garelick to request – with the consent of the government and the Pretrial Services Office – a limited modification of the travel restrictions set as conditions of Mr. Garelick's bail. In particular, Mr. Garelick seeks permission to accompany his son on college admissions tours and visits at various points between February 23 and March 22, including travel to Northern and Central Florida, Virginia, North Carolina, and Tennessee.

Mr. Garelick is currently at liberty, on a $100,000 personal recognizance bond, co-signed by two financially responsible persons, with his travel restricted primarily to the Southern District of Florida, and reports regularly to pretrial services, having surrendered his passport. A complete recitation of his bail conditions is set forth in the government's letter to the Court of July 21, 2023. The government has authorized me to represent to the Court that it consents to the proposed modification.

Respectfully,

/s/Jonathan Bach

Jonathan Bach

cc: All Counsel (by ECF)

   Benisa Mejia
   US Pretrial Services Officer (by email)