```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :
         -v-                                                     :      23-cr-307 (LJL)
                                                                 :
BRUCE GARELICK,                                                  :      ORDER
                                                                 :
                       Defendant.                                :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/7/2024

LEWIS J. LIMAN, United States District Judge:

  The Court received a request from the press to file the Trial Indictment on the docket. The parties are directed to submit letters indicating any objections to that request or to the draft verdict form circulated by the Court on May 6, 2024, by no later than 6:00 P.M today.

  SO ORDERED.

Dated: May 7, 2024
   New York, New York

                LEWIS J. LIMAN
               United States District Judge