**sab** | Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

May 14, 2024

Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

> REQUEST GRANTED.
> The Court approves the modifications to Mr. Garelick's bail conditions as proposed.
> 5/15/2024  SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re:     *United States v. Garelick,* 23 Cr. 307 (LJL)

Dear Judge Liman:

I write – with the consent of the government and of the Probation Officer who currently supervises him – to request modification of Defendant Bruce Garelick's bail conditions in two respects:  (1) to permit him to travel to Boston, Massachusetts for his son's high school graduation on May 17 through 19, 2024; and (2) to extend his bail limits to include the Orlando, Florida area, where his son will soon be enrolled as a college freshman.

Mr. Garelick is currently at liberty, on a $100,000 personal recognizance bond, co-signed by two financially responsible persons, and has surrendered his passport.  The government has authorized me to represent to the Court that it consents to the proposed modifications.

Respectfully,

*/s/Jonathan Bach*

Jonathan Bach


cc:     All Counsel (by ECF)

        Mackenzie Hilaire
        U.S. Probation Officer (by email)