# United States v. Bruce Garelick

# 23-cr-307

## Letters of Support for Bruce Garelick

# Exhibit A

**Letter of Deirdre O'Shea**

Deirdre O'Shea
5198 NW 25th Way
Boca Raton, FL 33496
10/21/2024


The Honorable Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007


Dear Judge Liman,

My name is Deirdre O'Shea, and I am writing to you today to humbly request leniency in the sentencing of my fiancé, Bruce Garelick. I have known Bruce for four years, and during this time, I have come to love him as a kind, gentle, and respectful person. Bruce is a man of integrity, compassion, and unwavering support, not only to me but to his family and friends as well.

Bruce and I met in 2020 in Providence, Rhode Island, where I was completing my PhD in neuropsychology. During the uncertainty and difficulties of that time, Bruce was a constant source of encouragement and positivity for me, all the more important because my family was in Ireland and had never seemed further away. Bruce's small acts of kindness – staying up late with me to prepare for my dissertation defense and organizing a personal celebration when my graduation ceremony was cancelled due to the pandemic – cemented our relationship.

First and foremost, Bruce is a dedicated father. He has always prioritized the well-being of his two teenage children. I recall the difficult situation Bruce found himself in in early 2022 when his employer required him to relocate to Florida for in-person work as the pandemic restrictions eased. This was tough emotionally, as it meant being further away from his two children at a time when both his son and daughter were preparing for college.  However, his efforts to secure alternative employment closer to his children during the pandemic were unsuccessful and so as the primary financial support for his children, he had no choice but to relocate. This move was intended to be temporary until he could secure suitable employment back in the Boston area. However, the investigation and then the public filing of charges in this case stifled any further efforts to secure different employment.

Despite the geographical challenges, Bruce has remained deeply committed to his children, maintaining regular contact with them, and flying back and forth frequently to support them through life's challenges. He is the first person they call when they encounter an issue and there has never been a time when Bruce has left a call unanswered. It is not a coincidence that both Liv and Drew are living and attending college in Florida this fall. Their decision to choose to continue their education in Florida was primarily influenced by their desire to be closer to the father they love and admire dearly.

The events leading to Bruce's conviction have been devastating for all of us. Professionally, Bruce has lost consulting jobs, his CFA license, and the trust of financial institutions and his professional community. He has faced immense financial, occupational, and emotional hardships, with his reputation irreparably damaged. Beyond the professional toll, his conviction has profoundly impacted our personal lives. We had planned to buy our first home together and get married in Ireland, where he would finally meet my family. Unfortunately, the devastating blow of his conviction has meant that our plans to move on with our lives are now indefinitely on hold.

Adding to our stress, I became pregnant through IVF just before Bruce's trial, after two years of trying to conceive. While we were initially filled with joy and optimism, our happiness quickly turned to anxiety and despair following the outcome of the trial.  As a first-time mother-to-be, I am deeply concerned about the future. I have no family in the United States and, having only lived in Florida for two years, my social support is minimal. I am due to give birth in early January and cannot imagine raising our child without Bruce by my side. The prospect of facing this alone is overwhelming.

I am a licensed neuropsychologist and assistant professor at the University of Miami, a position I have worked incredibly hard to attain. However, without Bruce's support, it will be difficult for me to balance my career and the care of our unborn child, who deserves the presence and active love and support of both parents.

My hope for some solace comes from the moment I recall in the courtroom when you read out the jury instructions, asking the jury not to be swayed by any potential punishment in their decision, as ultimately it would be at your discretion to decide on a suitable punishment. I am now imploring you to use that discretion to determine that incarcerating Bruce would not be a suitable punishment and to consider the devastating impact such a punishment would have on his family.

Bruce is a good man who has already suffered significantly. He has faced financial ruin, professional disgrace, and emotional turmoil for the past two years. He has lost friends and opportunities, and his ability to provide for his family has been severely compromised. I am pleading with you to impose a punishment that allows Bruce to remain with his family, especially as we welcome our child into the world.

Thank you for considering my plea for compassion and understanding in this matter.

Sincerely,

Deirdre O'Shea

# <u>Exhibit B</u>

## Letter of Lynn Garelick

August 6, 2024

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Liman,

I am Lynn B. Garelick, the mother of Bruce Garelick. I am 81 years old and have known and supported and loved Bruce his whole life, from his birth in Minneapolis a few days after Christmas 1969 through his life with his wife and children in Boston through his new chapter in Florida. Bruce has always been a good and honest person. As a child, young man, and then adult, he was never someone you expected to be in any kind of trouble. This case has been a shock, because what Bruce has been accused of is so completely out of character.

Bruce has always striven for excellence in school and in the business world. He was a very successful tech analyst before he founded his own hedge fund, Garelick Capital Partners, LP. He worked hard to make GCP successful and had the courage to know when it was time to close the business and move onto his next venture. Bruce has accumulated a lifetime of success in the business world. All of this is now lost. As his mother, who has watched all of his achievements, my heart breaks for him.

More important than his professional successes, Bruce has always been a wonderful, supportive and caring person. He has always been there to support his younger brother, Jeffrey. They are in constant communication. Bruce lost his father, Max Jacob Garelick, in 2004, due to cancer. Max was 65, far too young. It was a huge loss for all of us. Max loved his boys and they loved him back. Bruce and Jeff still remember and honor their father.

Bruce has himself been an incredible father, even when life has not been kind. He has handled his recent divorce from his children's mother, Ashley, with grace, fairness and kindness. His children, Olivia (21 years) and Andrew (18 years) now reside in Florida near their father. This is a very good thing. If Bruce is sent to prison it will deprive his children of their father at a time when they need him, and will have a profound effect on their young lives.

Thankfully, there is some good news in Bruce's life. His fiancée, Deirdre O'Shea, is having their first child in late December 2024. When I first heard the news, I was concerned, because of this case. However, when I heard more about the circumstances, I understood, and I support them completely. Bruce needs to be with his new family, loving them and nurturing their new daughter.

I close with how sad and terribly concerned I am as Bruce's mother. He is deeply anxious about the uncertainty of his life going forward. He does not know what the future holds. He does not know how he will provide for his family. He is worried about how this case will affect his family, including Dierdre and me. I am 81, in the twilight of my life. I will not always be able to travel to see Bruce if he is in a prison far away.

This is all excruciatingly sad.  I hope and pray that Bruce does not go to prison.

Sincerely,

*Lynn B. Garelick*

Lynn B. Garelick
172 Field Point Road, Unit 7
Greenwich CT 06830

# <u>Exhibit C</u>

**Letter of Jeff Garelick**

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

October 17, 2024

Judge Liman,

My name is Jeff Garelick and I am writing to you in support my older brother, Bruce Garelick.

Bruce and I grew up in Westport, Connecticut with our parents Max and Lynn Garelick. We are only 3 years apart, and Bruce and I spent much of our childhood together. We enjoyed each other and had many of the same friends.

Throughout my life, Bruce has always been an older brother in the truest and best sense. His support and love for me has been unwavering, even in the face of other people's opinions. He is a truly good person, and I want you to know that.

Bruce was there for me at a crucial time in my teenage years, at a time when I was drinking and using substances and hit rock bottom. One day our mother confronted me. I ran off into the woods near where we lived in Westport, but Bruce followed me. We sat together on the ground and talked. He eventually persuaded me to come home and speak openly to our parents about my problems. I did, and shortly afterwards I began rehab, and my journey to sobriety has been successful since 1989.

Bruce was also there for me in 1994, when I came out to him as gay. The United States was then a much more conservative place. I looked up to Bruce and was close to him, but I was unsure how he would react if I opened up to him. He was one of the first in our family I spoke to, and I was able to speak to him about my struggles. He was immediately accepting, never hesitated, and I am hugely grateful for that.

In both of these areas I never felt judgement from Bruce. Rather he was a source of great counsel as I navigated both of these major life happenings. He was always sympathetic to the challenges I was facing and never minimized my feelings when the going was rough.

Bruce has been a wonderful father to his two children.  Over the years he has shared with me some of the challenges in raising kids and teenagers.  Bruce was always 100% there for them. He is patient and understanding, and has allowed his kids to be themselves but at the same time guiding them to better decisions and behaviors. I know if our father was still alive he would be incredibly proud of Bruce's parenting.

Bruce has also been a huge support for our mother.  I have lived on the West coast for several decades, and Bruce is the main supporter of our mother helping her navigate

the modern world and involving her in his family and children. Through Bruce's help, support and interest he has provided our mother with a bigger and more rewarding daily life and helped to keep her physically and emotionally healthy for many years.

In these relationships, Bruce has been so kind, selfless, supportive and has consistently put his needs aside to be the best possible father and son.

The criminal case and published news involving Bruce has already had a significant impact on his life. This experience has been a source of great stress and has taken a toll on Bruce and those close to him. Despite this, Bruce has continued to be the same selfless older brother he has always been. I find this truly remarkable given the stress and anxiety he has been facing.

I sincerely hope that you will consider my words of Bruce's character when determining his sentence. Bruce has a strong character and has consistently shown kindness, love, goodwill and a willingness to help others. The time that he spends in prison will certainly be uncomfortable for him, but also greatly affect the lives of his children and my mother who he is so involved with on a regular basis. My mother is of most concern to me given her age of 81 and all that Bruce does for her.

Thank you for taking the time to read my letter and for considering my perspective.

Sincerely,

Jeff Garelick

# **<u>Exhibit D</u>**

**Letter of Peter Cahill**

Peter James Cahill, CFA
17450 Darden Road
South Bend, IN 46635
cahillp@1stsource.com

July 16, 2024

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Liman:

I'm writing to you in support of Bruce Garelick. By way of introduction, I'm the proud father of Caitlin and Connor and loving husband to Kathy for over twenty-four years. I am a man of faith. I have spent my entire career in the investment management arena, and by most accounts I'm a somewhat obnoxious alum of the University of Notre Dame.

Bruce is my best friend. Our friendship began in elementary school. My family moved to Westport, CT. in 1979. I was the new kid and did not know a soul. From the first day of school, Bruce included me in various games and activities and helped me make friends. Bruce has a knack for bringing people together. It is a trait I have always admired in him, and I believe it to be one of the main reasons our friendship has endured for more than forty years.

We graduated Staples High School together, class of 1988. We would go on to our respective Universities. In 1996, we both would join the investment firm: Loomis, Sayles. He as a stock research analyst and myself as a quantitative capital markets researcher. We are both students of the markets. The process of analyzing complex financial information is a shared passion. It turned out we both had an entrepreneurial spirit. We would go on to each found investment firms and at one point considered merging our firms together. Not for a second did I question Bruce's business ethics.

Our personal lives have unfolded in a similar fashion. We have both have two children. Bruce and I are over the moon that our daughters are now roommates, both starting their adult lives in southern Florida. "Garelick/Cahill 2.0" is what our daughters are calling it.

I could ramble on and extol virtue after virtue about Bruce. I would rather share with you one fact that I believe speak volumes about who Bruce Garelick is as a man, father, and friend. I trust Bruce absolutely, and when it came time to decide who would be a successor trustee for various trusts my wife and I had set up for our children, we had only Bruce in mind. My wife and I could think of no one better suited to effectively shoulder the responsibility of guiding and overseeing our children into adulthood.

I have introduced Kathy to scores of friends over the course of our life together. Bruce stands alone to her and I. His caring and loving heart, his quick wit, and keen intellect set him apart. Thank you for taking the time to read and reflect on this letter of support.

With gratitude,

Peter James Cahill

# <u>Exhibit E</u>

**Letter of Carl De Jounge**

Carl de Jounge

4928 Main Street, Unit 4
Manchester Center, VT 05255
203-615-1433
cdejounge@gmail.com

August 6, 2024

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

The Honorable Lewis J. Liman,

I was born in Sweden in June of 1970 and moved with my family to Westport, CT in August of 1984. Since graduating from Lafayette College in 1992, I have worked in the investment industry in New York City.

I have been a very close friend of Bruce Garelick since we first met during the fall semester of 1984 at Staples H.S. in Westport, CT. Bruce and I share a passion for tennis and skiing and quickly bonded in high school. As close friends in high school, Bruce became the person I could always trust and rely on for sound judgment. He was someone that I admired and was a positive role model, pushing me to excel in my academics. I would not have known of or applied to Lafayette College without his encouragement and I greatly appreciate this.

In addition to his sound advice, I have also always admired Bruce's strong work ethic. Bruce was a strong student in high school which opened the door for his acceptance to Vanderbilt University. After college, Bruce worked for an insurance company in the Baltimore area. When he decided that he wanted to pursue a career in investment management, he knew he needed a wider skill set and applied and was accepted to the Wharton Business School at the University of Pennsylvania where he received his MBA.

However, it's Bruce's personal character and caring personality that resonates most for me. I have always known Bruce to do the right thing, and as I testified at Bruce's trial, he is someone I, and everyone in our circle, regards as honest and straightforward.  When it came time for me to pick a best man at my wedding in September 1995, I chose Bruce because he embodies all the qualities a best friend should have. He offers sound judgment, acts with strong personal integrity and character, and is a caring friend.

As someone who has worked my entire career in the investment industry, I know that Bruce's legal predicament has already permanently and severely damaged his

reputation and remainder-of-life earnings power. Even being charged with securities fraud is likely career ending, and a conviction following a highly publicized trial makes him effectively unemployable in the industry. In our business, your perceived reputation is by far your greatest asset. I therefore kindly ask you to keep that in mind as you decide the appropriate sentence.

Bruce is the proud and caring father of two children about to enter adulthood, and expects to once again be a father in December of this year to a baby girl. Please take mercy on him in your sentencing, so that he can continue to be a loving, constructive, and formative influence in his children's lives.


Respectfully,

Carl de Jounge

# <u>Exhibit F</u>

## Letter of Michael Rabin

October 11, 2024

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Liman,

My name is Michael Rabin and I am an Executive Recruiter in Ocean Ridge, Florida. I grew up in Westport, CT and met Bruce 40 years ago in freshman year in high school. We have always remained in touch, and have spent more time together since he moved to Florida: meeting for dinner, playing a round of golf, or watching the Yankees at a local bar.

From our days in high school, Bruce has consistently demonstrated unwavering integrity, compassion and determination. He has always been a person of high moral values. He has genuine care and empathy for others. He has a remarkable ability to connect with people on a deep level and make them feel valued and heard.

Bruce has also been a loyal friend through good times and bad. There were times in my career when I hit a wall and needed to make a change. Bruce was always there to offer his counsel. He has been a great father to his children, Drew and Liv, who both now live in Florida, in part, to be closer to their father.

I have spent a lot of time with Bruce over the past year. It is clear this case has taken a significant toll on him and his family. Prior to these charges, Bruce has been a law abiding and successful member of society. He had never been charged, let alone convicted of any crime. He spent over 50 years of blood, sweat and tears becoming a respected executive, beloved father, and a true friend to many. Now his life has been upended. It is simply gut wrenching.

I will leave you with one last thought: of all the people I grew up with in grade school, high school and college, Bruce Garelick is truly the last person I would have ever guessed would be charged with a crime.

Sincerely,

# <u>Exhibit G</u>

## Letter of David Waintraub

August 6th, 2024

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Liman,

My name is David Waintraub. I work as a Senior Manager in Payer Marketing at Biogen in Boston. I am writing this letter to support my friend, Bruce Garelick, at his sentencing.

I met Bruce in the summer of 2019 when we were both living in New York.  Both of us were going through divorces and we became fast friends. We were both big sports fans and passionate about our Yankees and Knicks. At that time I was not only going through a divorce but also struggling in my relationship with my highly religious family. Bruce is older than me, and he was a great friend to lean on and sounding board as I worked through these issues. He was the family that I chose.

In the pandemic during the summer of 2020, I had to move out from my apartment in Williamsburg, Brooklyn. Bruce had a two bedroom and offered the open room in his apartment to me. We were roommates for over a year. Due to the nature of the pandemic, we interacted a lot of with each other in our apartment, and this made our friendship stronger.

During this time, I saw how much he cared about his family and friends. He was constantly Facetiming with his children and ensuring he had plans to meet up with them, whether that be skiing with them on the West Coast or heading to their school events. Bruce also wanted to ensure his wife was cared for financially even though they were going through a divorce.

When we were roommates, we had multiple events at our apartment where we brought together our friends from different walks of life. We were great hosts as we had similar attributes. We were both infectiously kind, made friends easily, and treated people well.

When our lease was finished Bruce helped me move into my new studio in the same building. We've remained friends since. Bruce is just a really good guy. I am rooting for him during this challenging time in his life.

Sincerely,

David Waintraub

# **<u>Exhibit H</u>**

**Letter of Liv Garelick**

August 11, 2024

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Liman,

Hello, I am Liv Garelick, and I am proud to introduce myself as Bruce's daughter. I am writing to express my heartfelt support for my dad. His steadfast character and ability to stand firm in turbulent times is the core of what makes him an outstanding dad. Now my brother and I need to support him.

Ever since I was a little girl my dad and I have always shared a love for music. Whether it was on the drive to gymnastics listening to the, "the money song" as my brother and I called it (Money, by Pink Floyd), or gliding down ski slopes together listening to "the smoke song" (Smoke on the Water, by Deep Purple), even blasting "the witch song" (Black Sabbath, by Black Sabbath) in the backyard on a summer evening, music is an essential part of our relationship. This love for music has transformed itself into a tradition of attending concerts together. These are moments that hold great space in my heart. We are going to see Korn soon and unfortunately for him he said I can dress him up any way I want. I'm putting black eyeliner on him and painting his nails black (he doesn't know yet).

I recently discovered that the name Bruce symbolizes strength and resilience in the Bible. As his daughter, I have found the silver lining in witnessing how he has handled himself during this trial. My father has remained relentlessly positive. I am proud that I have inherited that determination and sunny outlook.

I have had to make use that inherited perseverance as I navigate a career as a professional ballet dancer. This is not an easy career. My dad's example and encouragement influenced my decision to pursue my dreams and take the path less traveled. He has been there for me throughout my journey - from my first performances to my recent move to join a company in Florida - and I hope he always will be.

My dad is passionate about his work. I laugh when he tries to explain it to me, always using a lemonade stand as an example. Anyone can see the love and commitment for what he does just by the way he talks about it. It is devastating to know that he won't be able to continue his career doing what he loves. Although he maintains a strong front for me and my brother, I know that he is distraught about ending his career in finance in disgrace.

I certainly do worry about his headspace during this trial. Although his attitude spews resilience and positivity, I know that deep down he is hurting. I believe that he can come back from this and be a success in his career and in his life. But he is hurting.

My dad is a good man. He is a loving, proud, and supportive father to me and my brother. We love him so much.

Sincerely,

Liv Garelick

# <u>Exhibit I</u>

**Letter of Drew Garelick**

October 12, 2024

Hon. Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

Letter of Support

Dear Judge Liman,

     I am writing to tell you about my father, Bruce Garelick. My father has always been a role model, showing me the value of perseverance in difficult times, showing me the importance of a caring disposition and of empathy, and showing me the importance of accountability. I have witnessed my father in a variety of life situations and I can state with confidence that he is a person of integrity and strong moral principles.

     My parents separated several years ago, and recently were divorced. This was hard on us. Our parents handled the situation differently and did not always see eye to eye. I was living with my mother but I would visit with my father as often as I could to keep our relationship strong. If you want to know why my father is an incredible man, it is because of how he handled this difficult family situation with maturity, focused on his own actions, and on our relationship. He took the higher road. He never mentioned my mother in a negative connotation, never spoke poorly of her behind her back. I admire him so much for this.

     When I was just a kid, my father would always look for ways to expose me to different interests. One of those interests was snowboarding. I have many good memories of our annual snowboarding trips together—sometimes as a family, but more often just me and him. He also helped guide my decision to pursue a political science major in college. He helped me realize that my interests lie in politics and discussing the world's controversies. He taught me the value of speaking my mind and always being my true self even if my opinion is controversial.

     After my father moved down to Florida it became more challenging to spend time with him. I learned to value the time I spent with my father even more because I did not have the privilege of seeing him every day. He has always made sure to be there for me when I truly need him. Just recently I moved into a college in Orlando, Florida. He drove for three hours to pick me up from the airport and drop me off at school—it took 30 minutes and I could easily have taken a taxi. It doesn't seem like much, but it meant so much to me. His commitment to being in my life, even when it's inconvenient, says a lot about his personality. He has been a devoted and

kind parent who is always ready to go above and beyond to make sure I feel important and taken care of.

My high school's motto is *agape latte*. This is a Greek phrase and it means unconditional love, or spreading love and expecting nothing in return. My father is the first person to show me the true meaning of this motto. I intend to share what I have learned from him with the people that I care for, and be as strong as he is.

I humbly ask that the court take all of this into account. My father has always been a source of support and wisdom for me, and I have no doubt that he will continue to have a great impact on people around him. I appreciate all of your time and thought.

Thank you,

Drew Garelick