

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Julian S. Brod
jbrod@shapiroarato.com
Direct: 212-257-4889

April 2, 2025

VIA ECF

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Bruce Garelick,
23 CR 307 (LJL)

Dear Judge Liman:

On behalf of defendant Bruce Garelick, we write to request that the Court exonerate Mr. Garelick's bail and release Mr. Garelick and his suretors from any liability in connection with the personal recognizance bond in this matter. The BOP website confirms that Mr. Garelick has surrendered to the BOP's facility in Coleman, Florida, so Mr. Garelick's bail should now be exonerated.

We also request that the Court direct the Pretrial Services Agency to deliver Mr. Garelick's passport to Mr. Garelick's fiancée, Deirdre O'Shea.

Therefore, we respectfully request that the Court enter the order attached to this letter as Exhibit A, which will exonerate Mr. Garelick's bail and direct the return of his passport.

Respectfully submitted,

/s/ Julian S. Brod

Julian S. Brod

cc:   Counsel of record (via ECF)