UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRUCE GARELICK,

Defendant.

S1 23 Cr. 307 (LJL)

ORDER

IT IS HEREBY ORDERED, upon the application of counsel for defendant Bruce Garelick, that Mr. Garelick's personal recognizance bond in this matter is hereby exonerated and released, and that all suretors on Mr. Garelick's personal recognizance bond are released from any liability in connection with said bond.

IT IS FURTHER ORDERED that the United States Pretrial Services Agency release custody of Mr. Garelick's passport to Mr. Garelick's fiancée, Deirdre O'Shea, upon presentation of a copy of this order by Ms. O'Shea to the Pretrial Services Agency.

SO ORDERED.

Dated: April _2_, 2025
       New York, New York

LEWIS J. LIMAN
United States District Judge