Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

REQUEST GRANTED.
The Court approves Mr. Garelick's travel as proposed.

**VIA ECF**

11/6/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 1620
New York, NY 10007

Re: *United States v. Bruce Garelick*, 23 CR 307 (LJL)

Dear Judge Liman:

Defendant Bruce Garelick respectfully submits this letter to request the Court permit him to travel outside the country on a Disney cruise with his fiancee and young daughter from December 12, 2026 to December 19, 2026. The government, through AUSA Matthew Shahabian, states that it does not oppose this request. We understand that Mr. Garelick's probation officer does not oppose the request, but she defers to the Court.

Mr. Garelick has completed his sentence of incarceration and paid in full his fine, forfeiture, and special assessment. He is now on supervised release and in compliance with all conditions.

Mr. Garelick and his family would like to depart from Ft. Lauderdale on December 12 at approximately 3 p.m. on the Disney Destiny and return there on December 19 at approximately 8 a.m. The cruise will stop in Lookout Cay, Bahamas; San Juan, Puerto Rico; and Philipsburg, St. Maarten. Mr. Garelick has provided a complete itinerary to his probation officer.

Accordingly, Mr. Garelick asks that the Court grant him permission to travel as outlined above.

Respectfully submitted,

*/s/ Jonathan Bach*

Jonathan Bach

cc: Counsel of Record (via ECF)

U.S. Probation Officer Caitlin Mayo